```
JOSEPH P. RUSSONIELLO, 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-7169
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BENJAMIN AGU, | No. C 08-5609-WDB |
| Plaintiff/Petitioner, | **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |
| v. | |
| ROSEMARY MELVILLE, DIRECTOR, USCIS SAN FRANCISCO DISTRICT OFFICE, et al., | |
| Defendants/Respondents. | |

Plaintiff/Petitioner, by and through his attorney of record, and Defendants/Respondents, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-captioned case without prejudice in light of the fact that the United States Citizenship and Immigration Services has agreed to adjudicate the Plaintiff/Petitioner's naturalization application within thirty (30) days.

Each of the parties shall bear their own costs and fees.

//
//
//
//

STIPULATION TO DISMISS AND [PROPOSED] ORDER
C 08-5609-WDB                                                  1

| | |
|---|---|
| Date: February 12, 2009 | Respectfully submitted, |
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants/Respondents |
| Date: February 12, 2009 | /s/<br>ROBERT B. JOBE<br>LAW OFFICE OF ROBERT B. JOBE<br>Attorneys for Plaintiff/Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 2/13/09

WAYNE D. BRAZIL
United States Magistrate Judge

STIPULATION TO DISMISS AND [PROPOSED] ORDER
C 08-5609-WDB                           2